**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ISTVAN RUZSA,

      Plaintiff,

v.         Case No:  6:16-cv-1205-Orl-40KRS

BRIDGEFIELD INSURANCE,

      Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint (Doc. 1) and Motion to Proceed *in forma pauperis* (Doc. 2) filed on July 1, 2016. The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed without prejudice and the motion for leave to proceed *in forma pauperis* be terminated.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 11, 2016 (Doc. 5), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED without prejudice.**

3. The Clerk is **DIRECTED** to terminate the Motion to Proceed *in forma pauperis* (Doc. 2).

4.      Plaintiff may file an amended complaint and renewed motion to proceed *in forma pauperis* on or before August 17, 2016.  The amended complaint **SHALL** be filed separately and with the title, "Amended Complaint."

**DONE AND ORDERED** in Orlando, Florida on August 3, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties